IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MARCUS DUTTON | * | Case No.: 09-23853-RAG |
| Debtor | * | Chapter 13 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR
FAILURE TO PROSECUTE CASE

Marcus Dutton, Debtor, by his attorney, Robert N. Grossbart, Grossbart, Portney & Rosenberg, PA, in Response to Trustee's Motion to Dismiss Case for Failure to Prosecute Case, respectfully represents unto this Honorable Court:

1. That he admits the allegations contained in Paragraph No.1, 2, 3, and 4.

2. That within 10 days of the filing of this response, the debtor will file a Motion to Modify Plan that will resolve the Motion to Dismiss Case for Failure to Prosecute Case.

3. That he neither admits nor denies the allegations contained in Paragraph No. 5 and 6.

4. That he denies the allegations contained in Paragraph No. 7.

WHEREFORE, the Debtor/Respondent respectfully requests this Honorable Court that:

A. The Movant's Motion be denied; and

B.   This Court grant such other and further relief as the nature of this cause may require.

/s/  Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire
Federal Bar #04116-G
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: Robert@grossbartlaw.com
Attorney for Debtor/Respondent

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on Thursday, March 04, 2010, copies of the foregoing were mailed, postage prepaid/sent electronically via ECF, to the Debtor/Respondent; US Trustee Office, 101 W. Lombard Street, 2nd Floor, Baltimore, MD 21201; Ellen Cosby, Trustee, PO Box 20016, Baltimore, MD, 21284.

/s/  Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire