IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MARCUS DUTTON | * | Case No.: 09-23853-RAG |
| Debtor | * | Chapter 13 |

*   *   *   *   *   *   *   *   *   *   *   *   *

## LINE WITHDRAWING DOCUMENT

Dear Clerk:

Now comes Marcus Dutton, by his attorneys Grossbart, Portney & Rosenberg, P.A., and hereby withdraws docket entry #27 Response to Trustee's Motion to Dismiss that was filed on March 4, 2010.

/s/   Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: Robert@grossbartlaw.com
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, March 10, 2010, a copy of the foregoing Line Withdrawing Document were mailed, postage prepaid, (or delivered via CM/ECF) to the following: Debtor; Office of The U.S. Trustee, 101 W. Lombard Street, 2dn Floor, Baltimore, Maryland 21201; Ellen Cosby, Trustee, P.O. Box 20016, Baltimore, MD 21284-0016.

/s/   Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE